IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND, <br><br> Plaintiff, <br><br> v. <br><br> BOLINGBROOK REDI-MIX CO., a dissolved Illinois corporation, ROUTE 66 CONSTRUCTION COMPANY, SJR LEASING & MANAGEMENT COMPANY, FOUR BEAT FARM, LLC, R.A. BRIGHT CONSTRUCTION, INC. <br><br> Defendant. | No. 15 C 2690 <br><br> Magistrate Judge Gilbert |

## MOTION FOR DEFAULT JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND, by and through its attorneys, and, in their Motion for Default Judgment in Sum Certain, state as follows:

1. Plaintiff filed its Complaint against Defendants on March 30, 2015.

2. Defendants answered the Complaint on June 5, 2015.

3. Following various discovery exchanges and discovery motions, on March 28, 2016, this Court ordered the submittal of a joint plan by the parties to complete discovery.

4. On April 28, 2016, defense counsel moved to withdraw.

5. The Court granted defense counsel's withdrawal motion based, in part, on her representation that she warned Defendants' principals that Defendants could not appear *pro se* and potentially faced a default judgment if they did not obtain new counsel.

6. The Court afforded Defendants until June 6, 2016 to appear by new counsel.

1

7. Defendants have failed to appear through new counsel by June 6, 2016 and are in default.

8. Defendants admitted in their Answer to the Complaint that the withdrawing employer, BOLINGBROOK REDI-MIX, owed $2,475,942.00 in complete and partial withdrawal liability. Defendants further admit this liability by their present default.

9. By their default, Defendants ROUTE 66 CONSTRUCTION COMPANY, SJR LEASING & MANAGEMENT COMPANY, FOUR BEAT FARM, LLC, R.A. BRIGHT CONSTRUCTION, INC. admit they are part of BOLINGBROOK REDI-MIX's controlled group.

10. By their default, Defendants ROUTE 66 CONSTRUCTION COMPANY, SJR LEASING & MANAGEMENT COMPANY, FOUR BEAT FARM, LLC, R.A. BRIGHT CONSTRUCTION, INC. admit they are BOLINGBROOK REDI-MIX's alter egos.

11. Per the affidavit of John J. Toomey (Exhibit A), Plaintiff has incurred $28,412 in attorneys' fees and costs in this litigation as mandated by 29 U.S.C. 1451(6) Central States Pension Fund v. Hays, 798 F. Supp. 1430, 1437 (N.D. Ill. 1991)/.

WHEREFORE, Plaintiff request this Court to enter the Order attached to this Motion as Exhibit B.

Respectfully submitted,

TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND

By: _____
One of Its Attorneys

JOHN J. TOOMEY
ARNOLD AND KADJAN, LLP
203 N. LaSalle St., Ste. 1650
Chicago, Illinois 60601
(312) 236-0415